UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD NAIM JANDAD (A# 249-385-555),<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, et al.,<br>Respondents. | No. 2:26-cv-00664-DC-SCR (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 6, 9) |

Petitioner was a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 27, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. ECF No. 9. Respondents filed objections to the findings and recommendations. ECF No. 10. However, Respondents' objections rely on the same arguments that this court has already addressed and rejected in this case. *See* ECF No. 7. Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 9) are ADOPTED;
2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is GRANTED on the Fifth Amendment procedural due process claim only;
3. The court denies the remaining claims in the § 2241 petition in the interests of judicial economy since the requested relief has been granted;
4. The preliminary injunctive relief previously granted is made permanent;
5. Respondents' motion to dismiss (ECF No. 6) is DENIED; and
6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 21, 2026**

Dena Coggins
United States District Judge